182 So.2d 910

**Henry Martin HOLLOWAY**

**v.**

**STATE of Alabama.**

**5 Div. 826.**

Supreme Court of Alabama.

Feb. 10, 1966.

Henry Martin Holloway, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Henry Martin Holloway for certiorari to the Court of Appeals to review and revise the judgment and decision in Holloway.v. State of Alabama, 182 So.2d 906.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

187 So.2d 273

**Sanford KNOX**

**v.**

**STATE.**

**4 Div. 262.**

Supreme Court of Alabama.

June 2, 1966.

J. Hubert Farmer, Dothan, for petitioner.

Richmond M. Flowers, Atty. Gen., and Julian S. Pinkston, Asst. Atty. Gen., opposed.

MERRILL, Justice

Petition of Sanford Knox for certiorari to the Court of Appeals to review and revise the judgment and decision in Knox v. State, 187 So.2d 271.

Writ denied.

LIVINGSTON, C. J. and MERRILL and COLEMAN, JJ., concur.